**Douglas WARE, a Minor Representative, By His Father, Marshal Ware, et al., Plaintiffs-Appellants,**

v.

**Nolan ESTES, Superintendent of the Dallas Public Schools, et al., Defendants-Appellees.**

No. 71–2875.

United States Court of Appeals, Fifth Circuit.

May 19, 1972.

Rehearing Denied June 15, 1972.

Fred Time, Dallas, Tex., for plaintiffs-appellants.

Warren Whitham, Dallas, Tex., for defendants-appellees.

Before DYER, Circuit Judge, SKELTON,** Judge, and INGRAHAM, Circuit Judge.

1. See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

** Judge Byron G. Skelton, U. S. Court of Claims, sitting by designation.

PER CURIAM:

We are in agreement with the well considered memorandum opinion of the district court, Ware v. Estes, 328 F.Supp. 657 (N.D., Tex., 1971), and its judgment is affirmed.